UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARKUS HUNTER,

    Plaintiff,

v.                                                                     Case No. 04-cv-216-JPG

MARK SHUMAKE, JOSE DELGADO,
ELAINE BOWERS, DANNY BRITTON,
LINDA ELLIS, DWAYNE B. ROSS,
BRYAN ELLIS, CHARLES L. HINSLEY,
DOUGLAS A. CRAVENS, NANCY S.
TUCKER, DONALD N. SNYDER, JR., and
ERNESTO VELASCO,

    DefendantS.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 38) of the remaining claims in this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that the remaining claims in this case are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  May 21, 2007**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**