UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARKUS HUNTER,<br><br>       Plaintiff,<br><br>   v.<br><br>MARK SHUMAKE, JOSE DELGADO,<br>ELAINE BOWERS, DANNY BRITTON,<br>LINDA ELLIS, DWAYNE B. ROSS,<br>BRYAN ELLIS, CHARLES L. HINSLEY,<br>DOUGLAS A. CRAVENS, NANCY S.<br>TUCKER, DONALD N. SNYDER, JR., and<br>ERNESTO VELASCO,<br><br>       Defendants. | Case No. 04-cv-216-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision as to some claims and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Mark Hunter's claims against defendants Bowers, Britton, Linda Ellis, and Ross for due process violations in two disciplinary hearings (Count I) are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark Hunter's claims against defendants Cravens, Bryan Ellis, Hinsley, and Snyder for failure to properly respond to his grievances (Count II) are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark Hunter's claim against defendant Delgado for interfering with his legal mail and his right of access to courts (Count III) is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark Hunter's claims against defendants Tucker and Velasco are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark Hunter's claim against defendant Shumake for interfering with his legal mail and his right of access to courts is dismissed (Count III) without prejudice;

     IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark Hunter's claims against defendants Bowers, Britton, Cravens, Delgado, Bryan Ellis, Linda Ellis, Hinsley, Ross, Shumake, and Snyder for improper retaliation (Count IV) are dismissed without prejudice.

     Each party shall bear his own costs.

                                            **NORBERT JAWORSKI**

Dated:  May 21, 2007                        s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**